UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_Kevin G. Arias._

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

The City of New York, Kenneth Mundy individual and official capacity, Christine Sanchez, individual and official capacity, John Doe, individual official capacity.

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**COMPLAINT**

Jury Trial: ☑ Yes  ☐ No
(check one)

**15CV3198**

[Stamp: RECEIVED APR 20 2015 PRO SE OFFICE]

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name   Kevin Arias
             Street Address   720 Hunts Point Ave
             County, City   Bronx, New York
             State & Zip Code   New York 10474
             Telephone Number   347-833-1294

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name   City of New York
                   Street Address   100 Church Street

Rev. 05/2010

County, City New York N.Y
State & Zip Code New York 10007
Telephone Number _____

Defendant No. 2   Name Kenneth Mundy, NYC Police Dept, 34
Street Address precint 182st Broadway
County, City Manhattan
State & Zip Code New York 10033
Telephone Number _____

Defendant No. 3   Name Christine Sanchez, NYC police Dept 34th
Street Address precint 182st Broadway
County, City Manhattan
State & Zip Code New York 10033
Telephone Number _____

Defendant No. 4   Name John Doe
Street Address Unknown Correctional officer
County, City NYC Dept of Correction
State & Zip Code 100 Centre Street, NY, NY
Telephone Number _____

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*
     ☑ Federal Questions              ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? This action arises from the deprivation of plaintiff's rights guaranteed to him under the first, Eighth and fourteenth Amendments of the United States Constitution, 42 U.S.C Section 1983 and 1988, the Statutory and Common laws of N.Y.C and N.Y.S.C.

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?
     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? At 100 Centre Street Central Bookings.

B. What date and approximate time did the events giving rise to your claim(s) occur? This action occured approximatly 3:00 am on february-17-2014.

C. Facts: I was arrested By officers kenneth Mundy and Christine Sanchez from Precint 34th they escorted me to central Bookings. In their Custody, I was being prosessed. In the prosess of being finger Prited I was taken down stairs to continue the prosess to be placed in a holding pen, by officer Mundy, There after an unidentified Corrections officer who was wearing a hoodie, Covering his Badge, grabbed arias without Just provocation, punch Arias in the stomach, and as he was gasping for air on the floor knocked Arias out, rendering him unconscious, causing Arias to sustain physical and emotional injuries. All of this was witnessed by officer Mundy. There after a diffrent correction officer took Arias to his holding Pen, Arias later that day appeared in court, where he was released and given an return court date. Arias went to New York - Presbyterian Hospital for medical treatment, and continues to suffer lingering effects of the Brutality he endured. Officer Mundy Arresting officer faild to comply to aid and assitace. Mundy NYP was Clearly a witness corrections of this assualt. I tryed to make report against c/o officer sanchez claimed she was unable to make up

IV. Injuries: Discription of unknown officer becuase he was wearing a hoodie.

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. For the past year my doctors refered me to psychiatric thearapy also physical therapy for postramatic stress Disorder, lower back pain also neck pain. Since then I've became emotionally Depressed, and have Neurological Systoms that distracts my way of learning and thinking.

Rev. 05/2010

**V. Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. To recover for damages, personal injury, mental distress, pain and suffering, economic damages, attorney fees, loss of earnings, loss of earning potential, damage to charecter and reputation, and other damages sustained by plaintiff, arising out of plaintiff. assualted, battered defamed, and having his rights under the united states constitution violated. The above mention wrongdoing was result of intuntional negligent, and reckless, acts of the city of New York, its agents, servants and/or employees in training supervising, instructing, and maintaining its police and correctional officers some of whom at this time are unknown to plaintff.

There were injuries to the head.

Plaintiff suffered compensatory and punitive damges of no less than five million dollars.

I declare under penalty of perjury that the foregoing is true and correct. ($5,000,000,00.)

Signed this 19. day of friday, 2015.

Signature of Plaintiff _____

Mailing Address  720 hunts point ave Apt 4C
Bronx N.Y 10474.

Telephone Number  347 833-__94

Fax Number *(if you have one)* _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this ____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number _____

*Rev. 05/2010*

www.comptroller.nyc.gov

THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y. 10007-2341



**Scott M. Stringer**
**COMPTROLLER**

Michael Aaronson
Chief, Bureau of Law and Adjustment
015 - 151

Date:         5/19/2014
Claim Number: 2014PI015628
RE:           Acknowledgment of Claim

KEVIN ARIAS  c/o ROBERT N FELIX
11 BROADWAY  SUITE 400
NEW YORK NY  10004
FELIXLAW@YAHOO.COM

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,

*Michael Aaronson*



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:   NYC-COMPT-BLA-PI1-B

# Personal Injury Claim Form

Electronically filed claims must be filed at the NYC Comptroller's Website. If your claim is not resolved within 1 year and 90 days from the date of occurrence you must start legal action to preserve your rights.

**I am filing:**  ◯ On behalf of myself.
◯ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:
First Name:
Relationship to the claimant:

⦿ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Firm or Last Name: | FELIX |
| Firm or First Name: | ROBERT |
| Address: | 11 BROADWAY, SUITE 715 |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10004 |
| Tax ID: | |
| Phone #: | 2127471433 |
| *Email Address: | felixlaw@yahoo.com |
| *Retype Email Address: | felixlaw@yahoo.com |

## Claimant Information

| | |
|---|---|
| *Last Name: | ARIAS |
| *First Name: | KEVIN |
| Address: | 25 WHITE STREET |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10013 |
| Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. #: | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | KEVINARIAS712@YAHOO.COM |
| *Retype Email Address: | KEVINARIAS712@YAHOO.COM |
| Occupation: | NONE |
| City Employee? | ◯ Yes  ⦿ No  ◯ NA |
| Gender | ⦿ Male  ◯ Female  ◯ Other |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 02/17/2014  Format: MM/DD/YYYY |
| Time of Incident: | 4:30 AM  Format: HH:MM AM/PM |
| *Location of Incident: | MAIN INCIDENT OCCURRED IN THE HOLDING PEN OF THE 34TH PRECINCT |
| Address: | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Borough: | |

*** Denotes required fields. A Claimant OR an Attorney Email Address is required.**



Office of the New York City Comptroller
New York City Comptroller
Scott M. Stringer
1 Centre Street
New York, NY 10007

**\*Manner in which claim arose:**

The time when, the place where, and the manner in which the claim arose: At approximately 03:00 AM on February 17, 2014, Kevin G. Arias, was falsely arrested in NYC, without probable cause, by police officers, Christine Sanchez and Kenneth Mundy, and charged with a felony. Arias was handcuffed and taken to the 34th Precinct for processing. Arias was fingerprinted at approximately 04:30 and brought down to a holding pen by officer Mundy. Thereafter, an unidentified correction officer, who was wearing a hoodie, covering his badge, grabbed Arias, and without just provocation, punched Arias in the stomach, and as he was gasping for air on the floor knocked Arias out, rendering him unconscious, causing Arias to sustain physical and emotional injuries. All of this was witnessed by officer Mundy. Thereafter a different correction officer took Arias to his holding pen. Arias later that day appeared in court, where he was released and given a return court date. Arias went to New York-Presbyterian Hospital for medical treatment, and continues to suffer the lingering effect of the brutality he endured.

*\* Denotes required field.*

**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

| | |
|---|---|
| **The items of damage or injuries claimed are (include dollar amounts):** | To recover for damages, personal injury, mental distress, pain and suffering, economic damages, attorneys' fees, loss of earnings, loss-of-earnings potential, damage to character and reputation, and other damages sustained by the Claimant, arising out of Claimant being falsely seized, detained, searched, assaulted, battered, defamed, and having his rights under the New York and United States Constitutions violated. The above-mentioned wrongdoing was the result of the intentional, negligent, and reckless acts of the City of New York, its agents, servants and/or employees, in training, supervising, instructing, and maintaining its police officers, some of whom, at this time, their names are unknown to Claimant.<br><br>There were injuries to neck and head.<br><br>Claimant has suffered compensatory and punitive damages of no less than Five Million dollars ($5,000,000.00) |



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Medical Information

| | |
|---|---|
| 1st Treatment Date: | 2/17/2014  *Format: MM/DD/YYYY* |
| Hospital/Name: | NEW YORK - PRESBYTERIAN |
| Address: | 180 FORT WASHINGTON AVE. |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10032 |
| Date Treated in Emergency Room: | 02/17/2014  *Format: MM/DD/YYYY* |
| Was claimant taken to hospital by an ambulance? | ○ Yes   ● No   ○ NA |

## Employment Information (If claiming lost wages)

| | |
|---|---|
| Employer's Name: | NONE |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

## Treating Physician Information

| | |
|---|---|
| Last Name: | LAI |
| First Name: | PAMELA |
| Address: | 180 FORT WASHINGTON AVE |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | 10032 |

## Witness 1 Information

| | |
|---|---|
| Last Name: | MUNDY |
| First Name: | KENNETH |
| Address | 34TH PRECINCT |
| Address 2: | 4295 BROADWAY |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10033 |

## Witness 2 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

## Witness 3 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

## Witness 4 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Complete if claim involves a NYC vehicle

**Owner of vehicle claimant was traveling in**

- Last Name:
- First Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:

**Non-City vehicle driver**

- Last Name:
- First Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:

**Insurance Information**

- Insurance Company Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:
- Policy #:
- Phone #:

**Non-City vehicle information**

- Make, Model, Year of Vehicle:
- Plate #:
- VIN #:

**City vehicle information**

- Plate #:
- City Driver Last Name:
- City Driver First Name:

**Description of claimant:**
- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

**Total Amount Claimed:** $5,000,000.00

*Format: Do not include "$" or ",".*

The **Total Amount Claimed** can only be entered once the following required fields are entered:

Claimant Last Name
Claimant First Name
Claimant Email or Attorney Email
Date of Incident
Location of Incident
Manner in which claim arose

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

www.comptroller.nyc.gov



THE CITY OF NEW YORK
OFFICE OF THE COMPTROLLER
CLAIMS AND ADJUDICATIONS
1 CENTRE STREET  ROOM 1200
NEW YORK, N.Y. 10007-2341

Scott M. Stringer
COMPTROLLER

Michael Aaronson
Chief, Bureau of Law and Adjustment
015 - 151

Date: 5/19/2014
Claim Number: 2014PI015628
RE: Acknowledgment of Claim

KEVIN ARIAS  c/o ROBERT N FELIX
11 BROADWAY  SUITE 400
NEW YORK NY  10004
FELIXLAW@YAHOO.COM

Dear Claimant:

We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

If you have any questions regarding your claim, you may contact us at either 212-669-8750 for property damage claims or 212-669-4445 for claims involving personal injury.

Sincerely,

*Michael Aaronson*

New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

Form Version:    NYC-COMPT-BLA-PI1-B

# Personal Injury Claim Form

Electronically filed claims must be filed at the NYC Comptroller's Website. If your claim is not resolved within 1 year and 90 days from the date of occurrence you must start legal action to preserve your rights.

**I am filing:**   ○ On behalf of myself.
● Attorney is filing.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

**Attorney Information (If claimant is represented by attorney)**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Relationship to the claimant: | |

| | |
|---|---|
| Firm or Last Name: | FELIX |
| Firm or First Name: | ROBERT |
| Address: | 11 BROADWAY, SUITE 715 |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10004 |
| Tax ID: | |
| Phone #: | 2127471433 |
| *Email Address: | felixlaw@yahoo.com |
| *Retype Email Address: | felixlaw@yahoo.com |

## Claimant Information

| | |
|---|---|
| *Last Name: | ARIAS |
| *First Name: | KEVIN |
| Address: | 25 WHITE STREET |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10013 |
| Country: | USA |
| Date of Birth: | Format: MM/DD/YYYY |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | Format: MM/DD/YYYY |
| Phone: | |
| *Email Address: | KEVINARIAS712@YAHOO.COM |
| *Retype Email Address: | KEVINARIAS712@YAHOO.COM |
| Occupation: | NONE |
| City Employee? | ○ Yes  ● No  ○ NA |
| Gender | ● Male  ○ Female  ○ Other |

**The time and place where the claim arose**

| | |
|---|---|
| *Date of Incident: | 02/17/2014  Format: MM/DD/YYYY |
| Time of Incident: | 4:30 AM  Format: HH:MM AM/PM |
| *Location of Incident: | MAIN INCIDENT OCCURRED IN THE HOLDING PEN OF THE 34TH PRECINCT |
| Address: | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Borough: | |

*Denotes required fields. A Claimant OR an Attorney Email Address is required.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kevin Arias
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

The City of New York, ~~Department of Corrections~~ KENNETH MUNDY, INDIVIDUAL and OFFICIAL CAPACITY, CHRISTINE SANCHEZ, INDIVIDUAL and OFFICIAL CAPACITY, and JOHN DOE, INDIVIDUAL AND OFFICIAL CAPACITY.

COMPLAINT

Jury Trial: ☑ Yes   ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.  **Parties in this complaint:**

A.  List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  KEVIN Arias
Street Address  720 Hunts point ave
County, City  Bronx, New York
State & Zip Code  New York 10474
Telephone Number  347 833 1294

B.  List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  CITY OF NEW YORK ~~C/O Unknown~~
Street Address  ~~100 Centre Street~~
100 CHURCH STREET
NEW YORK, NEW YORK ~~10007~~

Rev. 05/2010



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

| | |
|---|---|
| **\*Manner in which claim arose:** | The time when, the place where, and the manner in which the claim arose:  At approximately 03:00 AM on February 17, 2014, Kevin G. Arias, was falsely arrested in NYC, without probable cause, by police officers, Christine Sanchez and Kenneth Mundy, and charged with a felony. Arias was handcuffed and taken to the 34th Precinct for processing. Arias was fingerprinted at approximately 04:30 and brought down to a holding pen by officer Mundy. Thereafter, an unidentified correction officer, who was wearing a hoodie, covering his badge, grabbed Arias, and without just provocation, punched Arias in the stomach, and as he was gasping for air on the floor knocked Arias out, rendering him unconscious, causing Arias to sustain physical and emotional injuries. All of this was witnessed by officer Mundy. Thereafter a different correction officer took Arias to his holding pen. Arias later that day appeared in court, where he was released and given a return court date.  Arias went to New York-Presbyterian Hospital for medical treatment, and continues to suffer the lingering effect of the brutality he endured. |

*\* Denotes required field.*



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

| | |
|---|---|
| **The items of damage or injuries claimed are (include dollar amounts):** | To recover for damages, personal injury, mental distress, pain and suffering, economic damages, attorneys' fees, loss of earnings, loss-of-earnings potential, damage to character and reputation, and other damages sustained by the Claimant, arising out of Claimant being falsely seized, detained, searched, assaulted, battered, defamed, and having his rights under the New York and United States Constitutions violated.  The above-mentioned wrongdoing was the result of the intentional, negligent, and reckless acts of the City of New York, its agents, servants and/or employees, in training, supervising, instructing, and maintaining its police officers, some of whom, at this time, their names are unknown to Claimant.<br><br>There were injuries to neck and head.<br><br>Claimant has suffered compensatory and punitive damages of no less than Five Million dollars ($5,000,000.00) |



**New York City Comptroller**
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Medical Information

| | |
|---|---|
| 1st Treatment Date: | 2/17/2014  *Format: MM/DD/YYYY* |
| Hospital/Name: | NEW YORK - PRESBYTERIAN |
| Address: | 180 FORT WASHINGTON AVE. |
| Address 2: | |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10032 |
| Date Treated in Emergency Room: | 02/17/2014  *Format: MM/DD/YYYY* |
| Was claimant taken to hospital by an ambulance? | ○ Yes   ● No   ○ NA |

## Employment Information (If claiming lost wages)

| | |
|---|---|
| Employer's Name: | NONE |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

## Treating Physician Information

| | |
|---|---|
| Last Name: | LAI |
| First Name: | PAMELA |
| Address: | 180 FORT WASHINGTON AVE |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | 10032 |

## Witness 1 Information

| | |
|---|---|
| Last Name: | MUNDY |
| First Name: | KENNETH |
| Address | 34TH PRECINCT |
| Address 2: | 4295 BROADWAY |
| City: | NEW YORK |
| State: | NEW YORK |
| Zip Code: | 10033 |

## Witness 2 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

## Witness 3 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |

## Witness 4 Information

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | NEW YORK |
| Zip Code: | |



New York City Comptroller
Scott M. Stringer

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

## Complete if claim involves a NYC vehicle

**Owner of vehicle claimant was traveling in**

- Last Name:
- First Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:

**Non-City vehicle driver**

- Last Name:
- First Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:

**Insurance Information**

- Insurance Company Name:
- Address:
- Address 2:
- City:
- State: NEW YORK
- Zip Code:
- Policy #:
- Phone #:

**Non-City vehicle information**

- Make, Model, Year of Vehicle:
- Plate #:
- VIN #:

**City vehicle information**

- Plate #:
- City Driver Last Name:
- City Driver First Name:

**Description of claimant:**
- ○ Driver
- ○ Passenger
- ○ Pedestrian
- ○ Bicyclist
- ○ Motorcyclist
- ○ Other

**Total Amount Claimed:** $5,000,000.00

*Format: Do not include "$" or ",".*

The **Total Amount Claimed** can only be entered once the following required fields are entered:

Claimant Last Name
Claimant First Name
Claimant Email or Attorney Email
Date of Incident
Location of Incident
Manner in which claim arose

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*