UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DAT'  LED:  6/16/16

------------------------------------------------------------------------------x

KEVIN ARIAS,

                         Plaintiff,

        -against-

CITY OF NEW YORK, CHRISTINE SANCHEZ and
KENNETH MUNDY,

                    Defendants.

------------------------------------------------------------------------------x

**STIPULATION AND
ORDER OF DISMISSAL
OF ALL CLAIMS
AGAINST DEFENDANTS
SANCHEZ AND MUNDY**

15 Civ. 3198  (VSB) (AJP)

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by

and between the undersigned, that

       1.     The above-referenced action is hereby dismissed with prejudice against Christine

Sanchez and Kenneth Mundy; and

       2.     The caption shall be amended to remove these parties.

Dated: New York, New York
June 16 , 2016

Kevin Arias
*Plaintiff Pro Se*
720 Hunts Point Avenue, Apt. 4C
Bronx, NY 10474

ZACHARY W. CARTER
Corporation Counsel of the
    City of New York
*Attorney for Defendants City of New York,
    Sanchez, and Mundy*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____

Kevin Arias
*Plaintiff Pro Se*

By: _____

Eviana Englert
*Assistant Corporation Counsel*

SO ORDERED:

~~HONORABLE VERNON S. BRODERICK~~
United States District Judge

HON. 
Unite.                      Judge
Sou                      New York