USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/16/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------- x

KEVIN ARIAS,

Plaintiff,

-against-

CITY OF NEW YORK, CHRISTINE SANCHEZ and KENNETH MUNDY,

Defendants.

---------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

15 Civ. 3198 (VSB) (AJP)

**WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice; and


2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
June 16, 2016

Kevin Arias
*Plaintiff Pro Se*
720 Hunts Point Avenue, Apt. 4C
Bronx, NY 10474

By: ______________________
Kevin Arias
*Plaintiff Pro Se*

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
*Attorney for Defendants City of New York, Sanchez, and Mundy*
100 Church Street, 3rd Floor
New York, New York 10007

By: ______________________
Eviana Englert
*Assistant Corporation Counsel*

SO ORDERED:

______________________
HON. ~~VERNON S. BRODERICK~~
UNITED STATES DISTRICT JUDGE

Dated: 6/16, 2016

HON. ANDREW J. PECK
United States Magistrate Judge
Southern District of New York